IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| DAVID LANDRY, | : | CIV. NO. 20-15433 (RMB) |
| Petitioner | : | |
| v. | : | **OPINION** |
| | : | |
| DAVID E. ORTIZ, | : | |
| Respondent | : | |

Petitioner David Landry, a prisoner formerly confined in the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Fort Dix"), filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, seeking early release upon application of his good conduct time and earned time credits under the First Step Act. (Pet., Dkt. No. 1.) Respondent has filed a request to dismiss the habeas petition as moot (Docket No. 10) because the Federal Bureau of Prisons released Petitioner from custody on October 27, 2022. (Ex. A; Docket No. 10-1). "What was once a live case or controversy may become moot if 'interim relief or events have completely and irrevocably eradicated the effects of the alleged violation.'" *Williams v. Sherman*, 214 F. App'x 264, 266 (3d Cir. 2007) (quoting *County of Los Angeles v. Davis*, 440 U.S. 625, 631 (1979)). Petitioner's release renders his request for early release from confinement moot. Therefore, the petition will be dismissed.

An accompanying Order follows.

DATE:  **December 7, 2022**

                                                    s/Renée Marie Bumb
                                                    RENÉE MARIE BUMB
                                                    United States District Judge